<pre>
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
_____

  EUNICE W. CHEGE,                        Civil No. 091744 (JRT/SRN)

                       Plaintiff,

  v.                                      **ORDER OF DISMISSAL**

  WELLS FARGO BANK NA,

                       Defendant.
_____
</pre>

Jonathan Geffen, **ARNESON & GEFFEN**, 333 Washington Avenue North, Suite 202, Minneapolis, MN 55401, for plaintiff.

Patrick Martin and Kelly Moffitt, **FULBRIGHT & JAWORSKI LLP**, 80 South Eighth Street, Suite 2100, Minneapolis, MN 55402, for Defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 1, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                               United States District Judge